ACCEPTED
03-14-00138-CR
5177733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 2:48:44 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00138-CR

| | | |
|---|---|---|
| **LARRY DEWAYNE GARRETT** | § | **IN THE** |
| | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>5/6/2015 2:48:44 PM<br>JEFFREY D. KYLE<br>Clerk |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF APPEALS** |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Larry Dewayne Garrett, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law Number 2 & 3 of Bell County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Larry Dewayne Garrett, and numbered 2c13-07176.

3.     Appellant was convicted of Viol Protect Order Bias/ Prejudice.

4.     Appellant was assessed a sentence of one year on January 27, 2014.

5.     Notice of appeal was given on March 6, 2014.

6.     The clerk's record was filed on April 16, 2014; the reporter's record was filed on August 26, 2014.

7.     The appellate brief is presently due on April 15, 2015.

8.    Appellant requests an extension of time of 7 days from the present date, i.e. May 8, 2015.

9.    Three extensions to file the brief have been received in this cause.

10.    Defendant is currently not incarcerated for this offense.

11.    Appellant relies on the following facts as good cause for the requested extension:

Attorney for Appellant had to try a juvenile non-jury trial in Bell County, Texas the week the Appellant's brief was due.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

BOBBY DALE BARINA
455 East Central Texas Expressway, Suite 104
Harker Heights, Texas 76548
Tel: (254) 699-3755
Fax: (254) 699-1074
BobbyDaleBarina@BarinaLaw.com

By:_____
Bobby Dale Barina
State Bar No. 01738480
bobbydalebarina@barinalaw.com
Attorney for Larry Dewayne Garrett

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on May 6, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Bell County, 1201 Huey Road, Bell County Texas, by fax to 254-933-5150.

_____

Bobby Barina

**STATE OF TEXAS** §
§
**COUNTY OF BELL** §

<u>**AFFIDAVIT**</u>

**BEFORE ME,** the undersigned authority, on this day personally appeared Bobby Dale Barina, who after being duly sworn stated:

> "I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____

Bobby Dale Barina
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 6, 2015, to certify which witness my hand and seal of office.



LESLIE JOAN SAWYER
Notary Public, State of Texas
My Commission Expires
April 16, 2019

_____
Notary Public, State of Texas